UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMIE LYNN RUBOTTOM-LANGENECKERT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:20CV188 SNLJ |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

Plaintiff filed this Social Security appeal, and her brief was due on February 8, 2021. On or around March 24, 2021, this Court received a package in the mail containing a large red expandable file folder and a large blue three-ringer binder. The file and the binder contained additional folders, loose papers, a spiral-bound notebook, artwork, and other materials. There was no obvious cover letter nor any other communication explaining the organization of the documents, and, critically, it does not appear that plaintiff served a copy of these materials on the government defendant. The hand-written documents (including the pages in the spiral notebook, which contains numerous hand-written pages) are very difficult to read. To the extent plaintiff intended for anything in this package to constitute her brief, the Court cannot accept it as such.

Plaintiff is reminded that her brief must rely on the law and on the transcript filed with the Court by the government. Plaintiff's submission appears to attach numerous

1

documents that are not part of the transcript.  Plaintiff may refer in her brief to the page number of the transcript if she wishes to refer the Court to some part of the record.

According,

**IT IS HEREBY ORDERED** that the Clerk shall return the above-described package to plaintiff by mail.

**IT IS FURTHER ORDERED** that the Court, on its own motion, extends the deadline by which plaintiff must file her brief to April 30, 2021.

Dated this 26th day of March, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE