UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMIE LYNN RUBOTTOM-LANGENECKERT, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:20CV188 SNLJ ) |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

This matter is before the Court on the defendant's motion for an extension of time in which to file his brief in support of the answer [#28] and also on plaintiff's repeated filings of supplemental materials.

The defendant shows good cause for obtaining the sought-for extension. In addition, the Court is mindful that plaintiff filed her brief on April 29, 2021, and, since that time, plaintiff has filed two documents that have been titled as "Supplements" to the brief. On June 30, 2021, this Court received another set of documents. An enlargement of time for defendant to file his brief is appropriate in order for defendant to appropriately respond to plaintiff's brief and her three supplemental filings.

However, plaintiff is advised that <u>no further supplemental filings</u> will be allowed in order to permit the defendant to respond appropriately. Plaintiff may file a reply brief in support of her petition within 30 days of the date defendant files his own brief, but no

1

further supplementation will be allowed after the filing of plaintiff's reply brief. The 30-day deadline represents an extension of time past the 14-day deadline usually applied to the filing of a reply brief.

Plaintiff is reminded that her reply brief is limited to 10 pages. Plaintiff has already far exceeded the 15-page limitation applicable to her opening brief, and if she requires more than 10 pages for her reply brief, she must file a motion seeking permission from the Court to file an over-length brief.

Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion for extension of time [#28] is GRANTED, and that defendant shall have until August 2, 2021 by which to file his brief in support of the answer.

**IT IS FURTHER ORDERED** that the Court, on its own motion, extends the deadline by which plaintiff must file her reply brief to 30 days after the defendant files his response brief.

**IT IS FURTHER ORDERED** that, although plaintiff may file a reply brief by the above-stated deadline, no further supplemental filings will be allowed, and plaintiff must adhere to the page limitations set by this Court's order dated September 1, 2020.

**IT IS FINALLY ORDERED** that the Clerk of the Court should return to plaintiff any documents not in compliance with this Order.

Dated this 1st day of July, 2021.

                                                      _____
                                                      STEPHEN N. LIMBAUGH, JR.
                                                      SENIOR UNITED STATES DISTRICT JUDGE