UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMIE LYNN RUBOTTOM-LANGENECKERT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. 1:20CV188 SNLJ |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

Plaintiff filed this Social Security appeal in 2020 and has since filed numerous inappropriate documents with the Court. This Court has returned some filings, which contained artwork, binders, and spiral-bound notebooks, and has allowed others. Plaintiff was ordered on July 1, 2021 to stop filing "supplements" to her opening brief. However, it appears that on July 14, 2021, this Court filed a 213-page "supplement" that appears to be mainly exhibits. This Court has already explained to plaintiff that her brief must rely on the law and on the transcript filed with the Court by the government. Plaintiff's submission appears to attach numerous documents that are not part of the transcript. Plaintiff may refer in her brief to the page number of the transcript if she wishes to refer the Court to some part of the record.

The government filed its response brief on July 19, 2021. On September 2, 2021, this Court received what appears to be plaintiff's reply brief. The documents plaintiff

1

sent are not in a format that this Court can file. It includes several file folders, loose exhibits, and handwritten material on loose-leaf paper, on the file folders, and on small note paper. Plaintiff also includes annotated documents that appear to be exhibits in support of her brief. She also appears to include artwork involving textile and wax.

The Court will return the September 2nd filing to plaintiff and allow her until September 24, 2021 by which to file her reply brief, which should consist only of her argument and authorities in support of her appeal. Plaintiff should not include exhibits (i.e., documents that she uses to support her statements); instead, she should refer to pages of the transcript filed by the government in this case. If plaintiff must handwrite the reply, she should redouble her efforts to write legibly and to do so only on single-sided pieces of letter-sized paper so that they may be easily scanned and filed by the Clerk and read by this Court.

According,

**IT IS HEREBY ORDERED** that the Clerk shall return the above-described package to plaintiff by mail.

**IT IS FURTHER ORDERED** that the Court, on its own motion, extends the deadline by which plaintiff must file her brief to September 24, 2021.

Dated this 3rd day of September, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE