# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMIE LYNN RUBOTTOM-LANGENECKERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:20CV188 SNLJ |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion for extension of time in which to file her reply brief in this matter [#34].  The motion is GRANTED, and plaintiff shall have until October 25, 2021, by which to file her reply brief.  The Court notes, however, that plaintiff's motion is nearly impossible to read. Plaintiff is reminded that she **must write legibly** if she cannot type her reply.

Dated this 29th day of September, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE